# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

PO ☐ Misd. ☐ Felony ☒

Assigned: 417 - 7 - 1706

☐ WRIT ☐ JUVENILE ☐ ALIAS

U.S. vs. **HASLEY URIAH RICHARDS** a/k/a John Ashley

5/11

Case Filed: 09 01 92
Docket No. 00028  Def. 05
No. of Def's 18

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | conspiracy to distribute crack cocaine (Ct. 1) | 1 |
| 18:1952 & 18:2 | use of a communication facility in interstate commerce; aiding & abetting (Ct. 20) | 1 |

## II. KEY DATE

- INTERVAL ONE — KEY DATE EARLIEST OF
- END ONE / BEGIN TWO — KEY DATE: 9/1/92 APPLICABLE — ☒ Indictment filed/unsealed
- KEY DATE: 9-22-92 — a) 1st appears on pending charge /R40
- END INTERVAL TWO — KEY DATE APPLICABLE

## III. MAGISTRATE

(blank)

## ATTORNEYS

U.S. Attorney or Asst.: **David P. Folmar, Jr.**

Defense: 1 ☒ CJA

Det Hrg set for 9/24/92    FPD will appt

**FEDERAL CUSTODY**

**Carl L. Tilghman**
P. O. Box 748
Beaufort, NC  28516
728-2099
728-8400

Sent 5-6-93

70 days up: 12-1-92
90 days up: 12-21-92

---

Case 7:92-cr-00028-BR   Document 79   Filed 09/01/92   Page 1 of 4

**V. PROCEEDINGS**

(OPTIONAL) Show last names of defendants

HASLEY URIAH RICHARDS
a/k/a John Askley

| | | | | |
|---|---|---|---|---|
| 9/1/92 | 1. | INDICTMENT, filed<br>lc: USA; PTS; USM; PO: Fay: NB: Wilm: EC: Judge Britt; Judge Fox;<br>M/J Dixon; McCotter & Mason (Denson does not want copy) | | |
| 9/1/92 | | REQUEST FOR ISSUANT OF WARRANT BY USA. - detention is recommended - | | |
| 9/2/92 | | ISSUED WARRANT FOR ARREST OF DEFT. - orig. & 1 USM; lc:USA | ag | |
| 9/19/92 | | MAGISTRATE'S PAPERS from EDNC | ag | |
| 9/22/92 | -- | INITIAL APPEARANCE in Ral before USMJ Denson - Recorded - deft present w/counsel - Govt moves for deten - advised of charges, max punish and rights - Deft req court appted counsel | vp | |
| | 2. | ORDER appting court assigned counsel (Denson) - lc: USA, PTS, FPD w/file | vp | |
| | 3. | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT - deten hrg set for 9/24/92 at 3:00 in Ral before USMJ Denson (Denson) - lc: Denson, USA, PTS, USM, Joyce (2) | vp | |
| | -- | Pretrial Scheduling Report to McCotter | vp | |
| 9/23/92 | -- | ISSUED NOTICE TO CONT DET HRG TO 9/25/92 at 10:00 in Ral before USMJ Denson - lc: Denson, USA, PTS, USM, Atty Perry, Joyce (2) | vp | |
| 9/25/92 | 4. | ORDER ON PRETRIAL SCHEDULING -<br>discovery by 10/12/92<br>motions by 10/22/92<br>responses by 11/2/92<br>(McCotter, M/J) lc: USA, FPD and Judge Britt | sr | |
| 9/28/92 | 5. | ORDER ON PRETRIAL DETENTION - Deft. ordered detained (Alexander B. Denson, M/J CR OB #13 P 93)<br>lc: USA & counsel for det. (ent. 9/28/92) | ag | |
| **9/25/92 | -- | DETEN HRG in Ral before USMJ Denson - Recorded - Deft present w/counsel - Govt presented evidence thru sworn testimony - Deft ordered detained | vp | |
| | | **70 days up: 12/1/92**<br><br>70 days up: 12/16/92 with excludable time through 10/29/92 | | |
| 11/10/92 | | ISSUED NOTICE TO APPEAR FOR ARRAIGNMENT & TRIAL ON MONDAY, NOVEMBER 30, 1992 AT 9:00 A. M. BEFORE JUDGE BRITT - IN RALEIGH 7TH FLOOR - Courtroom #2 | 2g | |
| 11/10/92 | | Marshals return on Warrant for arerst - executed 9/15/92 | ag | |
| 11/24/92 | 6 | ORDER<br>MOTION FOR CONTINUANCE from 11/30/92 in Raleigh before Judge Britt - Motion allowed<br>There having been no motion for severance, the trial date of all co-defts. is continued. The case is rescheduled for trial on Monday, 1/4/93 -<br>It has come to the attention of the court that some of the defts. have tentatively entered into plea agreements with the government. Counsel for these defts. should contact the clerk's office for the purpose of scheduling a hearing on the plea on Monday, 12/14/92 in Raleigh | 11-30-92<br>1-4-93 | 35 |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | **70 days up: 1/20/93 w/excludable time through 1/4/93** | | | | |
| 12/2/92 | ISSUED NOTICE TO APPEAR FOR ARRAIGNMENT & TRIAL ON MONDAY, DECEMBER 14, 1992 AT 9:00 A. M. in Raleigh before Judge Osteen - Courtroom #2 - 7th Floor  lc: USA & counsel for deft. | | ag | | |
| 12/14/92 | At Raleigh - C. R. Donna Tomawski - Judge Osteen  Arraigned Guilty - Count 1 ( deft. not a citizen of US)  Deft. sworn - competent  Rule 11 conducted  Mem. of plea agreemnt - conditionally approved  SENT: 4/5/93 - Raleigh  (no risk of flight or danger to community) | | ag | | |
| 3/9/93 | ISSUED NOTICE TO APPEAR FOR SENTENCING ON MONDAY, APRIL 5, 1993 AT 9:00 A. M. in RALEIGH, N. C. BEFORE JUDGE BRITT COURTROOM #2 - 7TH Floor  lc: USAtty. & counsel for deft. | | | | ag |
| 3-26-93 | MEMO TO COUNSEL RE SENTENCING SCHEDULE. | | wsc | | |
| 3/30/93 | 7. SENTENCING MEMORAMDUM  lcy: jduge Britt | | ag | | |
| ~~4/2/93~~ | ~~8. GOVERNMENT'S SENTENCING MEMORANDUM  lcy: Judge Britt~~ | | | | |
| 4/5/93 | Per Judge Britt in Open Court on Monday, 4/5/93 - sentencing continued until 5/6/93 | | | | |
| 4/16/93 | ISSUED NOTICE TO APPEAR FOR SENTENCING ON THURSDAY, MAY 6, 1993 at 9:00 A. M. in Raleigh before Judge Britt - Courtroom #2 7th Floor  lc: USA & Cousnel for deft. | | ag | | |
| 5/11/93 | JUDGMENT AND COMMITMENT - 120 months impr. - 5 years supervised release - special conditions - S. A. $50.00  Fine $1,000.00 - denial of federal benefits (W. Earl Britt, Judge Cr OB # 14 P 44)  lc: USA, PO. 3 USM. 1 deft. Atty. Tilghman (ent. 511/93) ag | | | | |
| 8-12-93 | RETURN ON J&C:: exc'd on 6-16-93 by DUSM-Sutcliffe @ FCI-Dunbury. | | wsvc | | |
| 3-9-94 | **GOVERNMENT MOTION FOR DOWNWARD DEPARTURE FOR SUBSTANTIAL ASSISTANCE::** cc: J. Britt (set for 4-18-94 in Ral. ) | | wsxc | | |
| 4-1-94 | **NOTICE ::** to all parties to be present for hrg. re motion for departure on 4-18-94 at 9:00 a.m. in Raleigh before J. Britt cc: USA, USPO, USM, J.Britt, counsel, | | wsc | | |
| 4/5/94 | **MOTION TO CONTINUE HEARINGS ON MOTIONS FOR DOWNWARD DEPARTURE**  w/cs - lc: Judge Britt                         sr | 4/5/94 | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 4-6-94 | **ORDER::**(Britt) hrg. re rule 35 is cont'd pending further order of the court. cc: USA, USPO, USM, counsel, OB. $5 pg. 103 | | wsc | | |
| 11-22-94 | **USA MOTION FOR HEARING::** w. cs. cc: J. Britt. tentaviely set for 1-3-95 (re: motions for departure) | | wsc | | |
| 12-13-94 | **NOTICE::** to all parties re hearing on motions for departure on Tuesday, 1-3-95 @ 9:00 a.m. in Raleigh before J. Britt - courtroom 2- 7th Floor. | | wsc | | |
| 12-16-94 | **AMENDED NOTICE::** continuing the departure hearing to 1-12-95 in Raleigh before J. Britt in courtroom 2 - 7th floor. cc: all parties. | | wsc | | |
| 12-20-94 | **SECOND AMENDED NOTICE::** changing hearing on departrue to 8:00 a.m. on 1-13-95 instead of 9:00 a.m. | | wsc | | |
| 1-13-95 | **AT RALEIGH BEFORE JUDGE BRITT::** reporter - Donna Tomawski deft. present w/counsel for hearing re departure motion Motion is allowed | | | | |
| 1-13-95 | **ORDER(Britt)** the orginal Judgment of this court dated 6-May 1993 is amended by striking 120 mths BOP time & inserting in leiu thereof 60 mths and striking the denial of benefits cc:USA, USPO, USM, PTS, J. Britt, counsel, Dept. of Justice OB. 1 pg. 66 | | wsc | | |
| 5/8/96 | MOTION TO AMEND JUDGMENT AND COMMITTMENT ORDER - 1c: USA and Judge Britt vp | | | | |
| 5-30-96 | USA RESPONSE IN OPPOSITION TO 5-8-96 MOTION:: | | | | |
| 5-30-96 | Case file to J. Britt for ruling. | | wsc | | |
| 6/3/96 | ORDER denying deft's motion to amend Judgement and Committment (BRITT) - 1c: deft and USA BR OB 4 p. 109 | | vp | | |